

**The Doan Group**
5090 Highway 212
Covington, Georgia 30016
(770) 788-8328

# Closing Report - File# DG047658-CSC (Claim# Eason)

## Claim Info

| | |
|---|---|
| Client | Morton & Craig LLC |
| Branch | Moorestown, NJ |
| Adjuster | |
| Claim Number | Eason |
| Policy Number | |
| Doan Office | Corporate |
| Appraiser | John Saliani |
| Insured Name | |
| Owner Name | Penni Eason |
| Date of Loss | 01/01/2018 |
| Type of Loss | Other |

## Vehicle Info

| | |
|---|---|
| Repairability | Repairable |
| Driveable? | Yes |
| Date Inspected | |
| Inspection Location | With Owner |
| Year | 2013 |
| Make | Honda |
| Model | Accord Sedan EX-L Automatic |
| VIN | 1HGCR3F82DA049011 |
| Mileage | 140,507 |
| NADA Value $ | 0.00 |

## Estimate Data

| | |
|---|---|
| Multiple estimates? | No |
| Days to repair | |
| Agreed price? | No |
| Agreed with | |
| Estimate released? | No |
| Released to | |
| UPD Amount $ | 0.00 |
| Estimate Amount $ | 0.00 |
| LESS Betterment $ | 0.00 |
| SUB TOTAL $ | 0.00 |
| LESS Deductible $ | 0.00 |
| NET TOTAL $ | 0.00 |

## Total Loss Info

| | |
|---|---|
| Valuation completed | No |
| Request Number | |
| Valuation Amount $ | 0.00 |

## Towing & Storage

| | |
|---|---|
| Towing Charges $ | 0.00 |
| Daily Storage Fee $ | 0.00 |
| Storage Since | |
| Other Charges $ | 0.00 |

## Repair Shop Info

| | |
|---|---|
| Shop Name | |
| Contact | |
| Address | |
| City | |
| State, ZIP | , |
| Phone | |
| Fax | |

## Salvage Bids

| Salvage Yard | Contact Name | Phone | Bid Amount $ | Quote # |
|---|---|---|---|---|
| | | | | |



The Doan Group
5090 Highway 212
Covington, Georgia 30016
(770) 788-8328

## Closing Report - File# DG047658-CSC (Claim# Eason)

**Appraiser Notes**

VEHICLE IS IN GOOD/AVERAGE CONDITION
NADA VALUE.......$12,550
KBB VALUE..........$10,565



# NADAguides Value Report 2/2/2018

## 2013 Honda Accord Sdn

Sedan 4D EX-L V6

## Values

|  | Rough Trade-In | Average Trade-In | Clean Trade-In | Clean Retail |
|---|---|---|---|---|
| Base Price | $11,050 | $12,300 | $13,300 | $15,700 |
| Mileage (140,507) | -$3,150 | -$3,150 | -$3,150 | -$3,150 |
| Total Base Price | $7,900 | $9,150 | $10,150 | $12,550 |
| **Options** (add) | | | | |
| **Price + Options** | **$7,900** | **$9,150** | **$10,150** | **$12,550** |
| Certified Pre-Owned (CPO) | | | | +$900 |
| **Certified Price with Options** | | | | **$13,450** |

**Rough Trade-In** - Rough Trade-in values reflect a vehicle in rough condition. Meaning a vehicle with significant mechanical defects requiring repairs in order to restore reasonable running condition. Paint, body and wheel surfaces have considerable damage to their finish, which may include dull or faded (oxidized) paint, small to medium size dents, frame damage, rust or obvious signs of previous repairs. Interior reflects above average wear with inoperable equipment, damaged or missing trim and heavily soiled /permanent imperfections on the headliner, carpet, and upholstery. Vehicle may have a branded title and un-true mileage. Vehicle will need substantial reconditioning and repair to be made ready for resale. Some existing issues may be difficult to restore. Because individual vehicle condition varies greatly, users of NADAguides.com may need to make independent adjustments for actual vehicle condition.

**Average Trade-In** - The Average Trade-In values on nadaguides.com are meant to reflect a vehicle in average condition. A vehicle that is mechanically sound but may require some repairs/servicing to pass all necessary inspections; Paint, body and wheel surfaces have moderate imperfections and an average finish and shine which can be improved with restorative repair; Interior reflects some soiling and wear in relation to vehicle age, with all equipment operable or requiring minimal effort to make operable; Clean title history; Vehicle will need a fair degree of reconditioning to be made ready for resale. Because individual vehicle condition varies greatly, users of nadaguides.com may need to make independent adjustments for actual vehicle condition.

**Clean Trade-In** - Clean Trade-In values reflect a vehicle in clean condition. This means a vehicle with no mechanical defects and passes all necessary inspections with ease. Paint, body and wheels have minor surface scratching with a high gloss finish and shine. Interior reflects minimal soiling and wear with all equipment in complete working order. Vehicle has a clean title history. Vehicle will need minimal reconditioning to be made ready for resale. Because individual vehicle condition varies greatly, users of NADAguides.com may need to make independent adjustments for actual vehicle condition.

**Clean Retail** - Clean Retail values reflect a vehicle in clean condition. This means a vehicle with no mechanical defects and passes all necessary inspections with ease. Paint, body and wheels have minor surface scratching with a high gloss finish and shine. Interior reflects minimal soiling and wear with all equipment in complete working order. Vehicle has a clean title history. Because individual vehicle condition varies greatly, users of NADAguides.com may need to make independent adjustments for actual vehicle condition. Note: Vehicles with low mileage that are in exceptionally good condition and/or include a manufacturer certification can be worth a significantly higher value than the Clean Retail price shown.

© 2018, J.D. Power. All rights reserved.

Home > What's My Car Worth > Category & Style > Options & Condition > EX-L Sedan 4D

| Trade In to a Dealer | Get an Instant Cash Offer | Sell to a Private Party |

**Private Party Range**
**$9,006 - $10,565**
Private Party Value
**$9,786**

**Next Steps: Find a Car**
Browse reviews, photos, specs and more.

[ See what you should pay ]

ⓘ Important info & definitions

Track this car's values

Valid for ZIP Code 08873 through 02/08/2018
✎ Write a review on your 2013 Honda

| Value based on: | | | |
|---|---|---|---|
| Fair | Good | Very Good | Excellent |

**Sell Your Current Car**
Reach millions of buyers on KBB.com and AutoTrader.com

[ Place an ad ]

**Need a Repair?**
With the Kelley Blue Book℠ Repair Advisor, see what you should pay up front!

[ See the Range ]

**New Cars You Might Like**

<   2017 Mazda MAZDA6     2018 Nissan Altima    2018 Subaru Legacy >

**Have You Considered**    presented by TOYOTA

    **2018 Toyota Camry**
• Available 301-hp V6.

- Be a leading light with available LED taillights.
- With Star Safety System™. Only from Toyota.

Explore now on Toyota.com

Advertisement

### Get an Instant Cash Offer
Local dealers are ready to buy your current car

### See Local Prices
(114 Accord Listings Found)

### Give Buyers Confidence
Show them a clean AutoCheck vehicle history report

### Sell Your Current Car
Reach millions on KBB.com & Autotrader.com

### Refinance Your Car
Compare loan offers from multiple lenders to see if you can lower your monthly payment.

**New Car Price Quote**

**3 Easy Steps!**
Step 1: Select a vehicle
Step 2: Find a dealer
Step 3: Get free quotes

Honda | Accord

ZIP Code: 08873    Start


10 Best SUVs Under $25,000 (2016)


10 Coolest Cars Under $18,000 (2016)

### More Favorites
- Class of 2017: New Cars Ready to Roll
- 2016-17 Compact SUV Comparison
- Midsize Sedan Buyer's Guide

Advertisement

- Kelley Blue Book Best Buy Awards of 2018

**THE DOAN GROUP INC.**
SEND ALL SUPPLEMENTS VIA FAX OR EMAIL TO
ASSIGN@DOAN.COM
5090 HIGHWAY 212
COVINGTON, GA 30016
Phone: (770) 788-8328, FAX:(770) 788-0135
SEND ALL SUPPLEMENTS VIA FAX OR EMAIL TO
ASSIGN@DOAN.COM

Workfile ID:

for:
**MORTON AND CRAIG LLC**

## Estimate of Record

**Owner: EASON, PENNI**                                                                 **Job Number:**

Written By: John Saliani
Adjuster

| | | |
|---|---|---|
| Insured: EASON, PENNI | Policy #: | Claim #: EASON |
| Type of Loss: Other | Date of Loss: 1/1/2018 12:00 AM | Days to Repair: 0 |
| Point of Impact: | | |

**Owner:**
EASON, PENNI
73 STANWICK CT
SOMERSET, NY 08873

**Inspection Location:**
EASON, PENNI
73 STANWICK CT
SOMERSET, NY 08873
Home
(732) 648-3833 Business

**Repair Facility:**

## VEHICLE

2013 HOND Accord Sedan EX-L Automatic 4D SED 6-3.5L Gasoline Electronic Fuel Injection GREY

| | | | |
|---|---|---|---|
| VIN: 1HGCR3F82DA049011 | Production Date: | Interior Color: | |
| License: | Odometer: 140,507 | Exterior Color: GREY | |
| State: NJ | Condition: Good | | |

| TRANSMISSION | Air Conditioning | Stereo | Electric Glass Sunroof |
|---|---|---|---|
| Automatic Transmission | Intermittent Wipers | Search/Seek | **SEATS** |
| **POWER** | Tilt Wheel | CD Player | Bucket Seats |
| Power Steering | Cruise Control | Auxiliary Audio Connection | Leather Seats |
| Power Brakes | Rear Defogger | Satellite Radio | Heated Seats |
| Power Windows | Keyless Entry | **SAFETY** | **WHEELS** |
| Power Locks | Alarm | Drivers Side Air Bag | Aluminum/Alloy Wheels |
| Power Mirrors | Message Center | Passenger Air Bag | **PAINT** |
| Heated Mirrors | Steering Wheel Touch Controls | Anti-Lock Brakes (4) | Clear Coat Paint |
| Power Driver Seat | Telescopic Wheel | 4 Wheel Disc Brakes | **OTHER** |
| Power Passenger Seat | Climate Control | Front Side Impact Air Bags | Fog Lamps |
| Memory Package | Backup Camera w/Parking Sensors | Head/Curtain Air Bags | Traction Control |
| **DECOR** | Home Link | Hands Free Device | Stability Control |

2/2/2018 6:14:34 AM

Page 1

**Estimate of Record**

**Owner: EASON, PENNI**

**Job Number:**

2013 HOND Accord Sedan EX-L Automatic 4D SED 6-3.5L Gasoline Electronic Fuel Injection GREY

| | | | |
|---|---|---|---|
| Dual Mirrors | **RADIO** | Blind Spot Detection | Signal Integrated Mirrors |
| Console/Storage | AM Radio | Lane Departure Warning | Power Trunk/Gate Release |
| **CONVENIENCE** | FM Radio | **ROOF** | |

## Estimate of Record

**Owner: EASON, PENNI**

**Job Number:**

2013 HOND Accord Sedan EX-L Automatic 4D SED 6-3.5L Gasoline Electronic Fuel Injection GREY

| Line | Oper | Description | Part Number | Qty | Extended Price $ | Labor | Paint |
|---|---|---|---|---|---|---|---|
| 1 | # | SEE COMMENTS | | 1 | | | |
| | | | SUBTOTALS | | 0.00 | 0.0 | 0.0 |

### ESTIMATE TOTALS

| Category | Basis | Rate | Cost $ |
|---|---|---|---|
| Parts | | | 0.00 |
| **Total Cost of Repairs** | | | **0.00** |
| Deductible | | | 0.00 |
| **Total Adjustments** | | | **0.00** |

**Estimate of Record**

**Owner: EASON, PENNI**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Job Number:**

2013 HOND Accord Sedan EX-L Automatic 4D SED 6-3.5L Gasoline Electronic Fuel Injection GREY

'If applicable, shop must check engine and transmission for any damages prior to any repairs and ordering of any parts. If any damage is detected, please notify the appraiser or insurance company immediately prior to starting repairs"

Do not repair this vehicle until all guidelines listed below are acknowledged and accepted. Failure to do so may result in additional cost to the vehicle owner.

This is not an authorization to repair. The appraiser does not have the authority to authorize repairs or guarantee any payment, this can only be granted from the vehicle owner. All estimates are subject to review by the insurance company for final approval. All payments and authorization for repairs are the sole responsibility of the vehicle owner.

This estimate report is based on our initial inspection and does not cover any additional parts or labor, which may be required after the vehicle, is in the repair facility and disassembled. The repair facility must review and concur with the scope, methodology and labor rates of the repair estimate before beginning repairs.

All repairs must be completed in strict accordance with the manufacturer's specifications and recommendations. It is understood that the repair facility listed on this estimate, if one is listed, agrees to complete and guarantee all repairs listed in the estimate for the amount listed on the estimate. Universal and/or it's clients does not warrant or guarantee the work of any repair facility or technician and assumes no responsibility or liability for the quality of repairs or workmanship of any repair facility or technician.

Occasionally additional damage is discovered after the vehicle is disassembled. If this happens, it is the repairer's responsibility to notify the appraiser as soon as possible and to obtain written authority from the vehicle owner to complete the additional repairs needed. No supplements will be honored without prior approval of the appraiser and/or the insurance company. We reserve the right to re-inspect any and all additional damages prior to repair and/or removal. Any supplemental charges must be supported by documentation in the form of invoices, pictures and receipts for the entire repair process. Supplemental repair requests presented after the completion of repairs may be denied if the above conditions are not met.

Deductibles may not be listed on this estimate. All deductibles and betterments should be collected from the vehicle owner prior to the release of the vehicle.

Please be advised we have inspected your vehicle. The above is a copy of our appraisal, which does not constitute or suggest an offer or settlement.

This estimate may have been prepared based on the use of automobile parts not made by the original manufacturer. Parts used in the repair of your vehicle by other than the original manufacturer are required to be at least equal in like kind and quality in terms of fit, quality and performance to replacement parts available from the original manufacturer. Warranties applicable to these replacement parts are provided by the manufacturer and/or distributor of these parts rather than by the original manufacturer of your vehicle.

ANY PERSON WHO KNOWINGLY FILES A STATEMENT OF CLAIM CONTAINING ANY FALSE OR MISLEADING INFORMATION IS SUBJECT TO CRIMINAL AND CIVIL PENALTIES.

## Estimate of Record

**Owner: EASON, PENNI**  **Job Number:**

2013 HOND Accord Sedan EX-L Automatic 4D SED 6-3.5L Gasoline Electronic Fuel Injection GREY

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR OTHER PERSON FILES AN APPLICATION FOR COMMERCIAL INSURANCE OR A STATEMENT OF CLAIM FOR ANY COMMERCIAL OR PERSONAL INSURANCE BENEFITS CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO, AND ANY PERSON WHO, IN CONNECTION WITH SUCH APPLICATION OR CLAIM, KNOWINGLY MAKES OR KNOWINGLY ASSISTS, ABETS, SOLICITS OR CONSPIRES WITH ANOTHER TO MAKE A FALSE REPORT OF THE THEFT, DESTRUCTION, DAMAGE OR CONVERSION OF ANY MOTOR VEHICLE TO A LAW ENFORCEMENT AGENCY, THE DEPARTMENT OF MOTOR VEHICLES OR AN INSURANCE COMPANY, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME, AND SHALL ALSO BE SUBJECT TO A CIVIL PENALTY NOT TO EXCEED FIVE THOUSAND DOLLARS AND THE VALUE OF THE SUBJECT MOTOR VEHICLE OR STATED CLAIM FOR EACH VIOLATION.

You are entitled to the return of all replaced parts, except warranty and exchange parts, but you must ask for them in writing before any work is done. If you authorize work by phone, the shop must keep any replaced parts, and make them available when you pick up the vehicle.

## Estimate of Record

**Owner: EASON, PENNI**

**Job Number:**

2013 HOND Accord Sedan EX-L Automatic 4D SED 6-3.5L Gasoline Electronic Fuel Injection GREY

Estimate based on MOTOR CRASH ESTIMATING GUIDE and potentially other third party sources of data. Unless otherwise noted, (a) all items are derived from the Guide ARG4439, CCC Data Date 1/17/2018, and potentially other third party sources of data; and (b) the parts presented are OEM-parts manufactured by the vehicles Original Equipment Manufacturer. OEM parts are available at OE/Vehicle dealerships. OPT OEM (Optional OEM) or ALT OEM (Alternative OEM) parts are OEM parts that may be provided by or through alternate sources other than the OEM vehicle dealerships. OPT OEM or ALT OEM parts may reflect some specific, special, or unique pricing or discount. OPT OEM or ALT OEM parts may include "Blemished" parts provided by OEM's through OEM vehicle dealerships. Asterisk (*) or Double Asterisk (**) indicates that the parts and/or labor data provided by third party sources of data may have been modified or may have come from an alternate data source. Tilde sign (~) items indicate MOTOR Not-Included Labor operations. The symbol (<>) indicates the refinish operation WILL NOT be performed as a separate procedure from the other panels in the estimate. Non-Original Equipment Manufacturer aftermarket parts are described as Non OEM, A/M or NAGS. Used parts are described as LKQ, RCY, or USED. Reconditioned parts are described as Recond. Recored parts are described as Recore. NAGS Part Numbers and Benchmark Prices are provided by National Auto Glass Specifications. Labor operation times listed on the line with the NAGS information are MOTOR suggested labor operation times. NAGS labor operation times are not included. Pound sign (#) items indicate manual entries.

Some 2017 vehicles contain minor changes from the previous year. For those vehicles, prior to receiving updated data from the vehicle manufacturer, labor and parts data from the previous year may be used. The CCC ONE estimator has a list of applicable vehicles. Parts numbers and prices should be confirmed with the local dealership.

The following is a list of additional abbreviations or symbols that may be used to describe work to be done or parts to be repaired or replaced:

SYMBOLS FOLLOWING PART PRICE:
m=MOTOR Mechanical component. s=MOTOR Structural component. T=Miscellaneous Taxed charge category. X=Miscellaneous Non-Taxed charge category.

SYMBOLS FOLLOWING LABOR:
D=Diagnostic labor category. E=Electrical labor category. F=Frame labor category. G=Glass labor category. M=Mechanical labor category. S=Structural labor category. (numbers) 1 through 4=User Defined Labor Categories.

OTHER SYMBOLS AND ABBREVIATIONS:
Adj.=Adjacent. Algn.=Align. ALU=Aluminum. A/M=Aftermarket part. Blnd=Blend. BOR=Boron steel. CAPA=Certified Automotive Parts Association. D&R=Disconnect and Reconnect. HSS=High Strength Steel. HYD=Hydroformed Steel. Incl.=Included. LKQ=Like Kind and Quality. LT=Left. MAG=Magnesium. Non-Adj.=Non Adjacent. NSF=NSF International Certified Part. O/H=Overhaul. Qty=Quantity. Refn=Refinish. Repl=Replace. R&I=Remove and Install. R&R=Remove and Replace. Rpr=Repair. RT=Right. SAS=Sandwiched Steel. Sect=Section. Subl=Sublet. UHS=Ultra High Strength Steel. N=Note(s) associated with the estimate line.

CCC ONE Estimating - A product of CCC Information Services Inc.

The following is a list of abbreviations that may be used in CCC ONE Estimating that are not part of the MOTOR CRASH ESTIMATING GUIDE:
BAR=Bureau of Automotive Repair. EPA=Environmental Protection Agency. NHTSA= National Highway Transportation and Safety Administration. PDR=Paintless Dent Repair. VIN=Vehicle Identification Number.

The Doan Group
5090 Highway 212
Covington, Georgia 30016
(770) 788-8328

Assignment Info
File# DG047658-CSC
Claim# Eason
Date 02/02/2018

MVC-012S.JPG



MVC-008S.JPG



The Doan Group
5090 Highway 212
Covington, Georgia 30016
(770) 788-8328

Assignment Info
File# DG047658-CSC
Claim# Eason
Date 02/02/2018

MVC-004S.JPG



MVC-010S.JPG



The Doan Group
5090 Highway 212
Covington, Georgia 30016
(770) 788-8328

Assignment Info
File# DG047658-CSC
Claim# Eason
Date 02/02/2018

MVC-006S.JPG



MVC-002S.JPG



The Doan Group
5090 Highway 212
Covington, Georgia 30016
(770) 788-8328

Assignment Info
File# DG047658-CSC
Claim# Eason
Date 02/02/2018

MVC-009S.JPG



MVC-005S.JPG



The Doan Group
5090 Highway 212
Covington, Georgia 30016
(770) 788-8328

Assignment Info
File# DG047658-CSC
Claim# Eason
Date 02/02/2018

MVC-001S.JPG



MVC-011S.JPG



The Doan Group
5090 Highway 212
Covington, Georgia 30016
(770) 788-8328

Assignment Info
File# DG047658-CSC
Claim# Eason
Date 02/02/2018

MVC-007S.JPG



MVC-003S.JPG

