UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
44215
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for American Honda Finance Corporation

In Re:
PENNI L. EASON

Order Filed on April 12, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 17-17956(CMG)

Adv. No.:

Hearing Date: 3-26-18

Judge: CMG

# ORDER SETTING AMOUNT TO BE PAID THROUGH PLAN AND DIRECTING THE TRUSTEE TO MAKE ADEQUATE PROTECTION PAYMENTS TO AMERICAN HONDA FINANCE CORPORATION

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: April 12, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Penni L. Eason
17-17965(CMG)
**Order Setting Amount to be Paid to and Directing the Chapter 13 Trustee to make Adequate Protection Payments to American Honda Finance Corporation**
Page 2

This matter having been brought on before this Court on objection to confirmation filed by John R. Morton, Jr., Esq., attorney for American Honda Finance Corporation, with the appearance of Thomas Monahan, Esq. on behalf of the debtor, and this order having been filed with the Court and served upon the debtor and her attorney under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. **Amount to be paid to American Honda Finance Corporation:** The trustee shall pay American Honda Finance Corporation the sum of $11,460.70 over 60 months (being the vehicle value of $10,000 with interest at 5.5% for 60 months).

2. **Adequate protection payments:** The Chapter 13 Trustee shall make adequate protection payments to American Honda Finance Corporation in the amount of $150 per month.

3. **Commencement and frequency of adequate protection payments:** Adequate protection payments shall be made monthly, each month to American Honda Finance Corporation commencing in May of 2017.

4. **Duration of adequate protection payments:** Adequate protection payments shall be made monthly to American Honda Finance Corporation until all counsel fees have been paid and regular distributions begin to be made to American Honda Finance Corporation. If in any month there are insufficient funds on hand to pay both counsel fees and adequate protection payments, then funds on hand shall be used to pay adequate protection payments first, with the remaining balance going to counsel fees. If, after confirmation, counsel fees remain to be paid, then adequate protection payments shall continue to be paid to American Honda Finance Corporation until the remaining counsel fees have been paid.