| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>44215<br>Morton & Craig LLC<br>John R. Morton, Jr., Esq.<br>110 Marter Avenue<br>Suite 301<br>Moorestown, NJ 08057<br>Attorney for American Honda Finance Corporation | **Order Filed on April 12, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br>PENNI L. EASON | Case No.: 17-17956(CMG)<br><br>Adv. No.:<br><br>Hearing Date: 3-26-18<br><br>Judge:  CMG |

### ORDER SETTING AMOUNT TO BE PAID THROUGH PLAN AND DIRECTING THE TRUSTEE TO MAKE ADEQUATE PROTECTION PAYMENTS TO AMERICAN HONDA FINANCE CORPORATION

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: April 12, 2018**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

**Penni L. Eason**
**17-17965(CMG)**
**Order Setting Amount to be Paid to and Directing the Chapter 13 Trustee to make**
**Adequate Protection Payments to American Honda Finance Corporation**
**Page 2**

This matter having been brought on before this Court on objection to confirmation filed by John R. Morton, Jr., Esq., attorney for American Honda Finance Corporation, with the appearance of Thomas Monahan, Esq. on behalf of the debtor, and this order having been filed with the Court and served upon the debtor and her attorney under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. **Amount to be paid to American Honda Finance Corporation:** The trustee shall pay American Honda Finance Corporation the sum of $11,460.70 over 60 months (being the vehicle value of $10,000 with interest at 5.5% for 60 months).

2. **Adequate protection payments:** The Chapter 13 Trustee shall make adequate protection payments to American Honda Finance Corporation in the amount of $150 per month.

3. **Commencement and frequency of adequate protection payments:** Adequate protection payments shall be made monthly, each month to American Honda Finance Corporation commencing in May of 2017.

4. **Duration of adequate protection payments:** Adequate protection payments shall be made monthly to American Honda Finance Corporation until all counsel fees have been paid and regular distributions begin to be made to American Honda Finance Corporation. If in any month there are insufficient funds on hand to pay both counsel fees and adequate protection payments, then funds on hand shall be used to pay adequate protection payments first, with the remaining balance going to counsel fees. If, after confirmation, counsel fees remain to be paid, then adequate protection payments shall continue to be paid to American Honda Finance Corporation until the remaining counsel fees have been paid.

United States Bankruptcy Court
District of New Jersey

In re:
Penni L. Eason
       Debtor

Case No. 17-17956-CMG
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Apr 13, 2018
                             Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2018.
db          Penni L. Eason,    73 Stanwick Ct,    Somerset, NJ   08873-4411

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2018                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2018 at the address(es) listed below:
          Albert   Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    Bradshaw Properties LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          John R. Morton, Jr.    on behalf of Creditor    American Honda Finance Corporation ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
          Thomas M. Monahan    on behalf of Debtor Penni L. Eason simonmonahan216@gmail.com, tommon1@aol.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                        TOTAL: 5