Form 210B (12/09, as revised 1/4/17)

# United States Bankruptcy Court

District Of New Jersey

In re  Penni L. Eason                    ,        Case No.  17-17956

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No.  14  (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on                 1/8/2019                .

| | |
|---|---|
| Bradshaw Properties LLC | U.S. Bank Trust N.A. as Trustee Filed by SN |
| Name of Alleged Transferor | Name of Transferee |
| | |
| Address of Alleged Transferor: | Address of Transferee: |
| c/o SN Servicing Corp. | c/o SN Servicing Corp. |
| 323 5th Street | 323 5th Street |
| Eureka, CA 95501 | Eureka, CA 95501 |

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 1/9/2019                                    Jeanne A. Naughton
                                                  **CLERK OF THE COURT**