UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Friedman Vartolo LLP
85 Broad Street- Suite 501
New York, New York 10004
bankruptcy@friedmanvartolo.com
T: (212) 471-5100
F: (212) 471-5150
Attorneys for Secured Creditor SN Servicing
Corporation as Servicer for U.S. Bank Trust National
Association, as Trustee of the Lodge Series III Trust

In Re:

Penni L. Eason
aka Penni Eason
aka Penni L. Taliaferro
aka Penni Talliaferro
aka Penny Eason

Debtor(s)

**Order Filed on February 7, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 17-17956

Chapter: 13

Hearing Date:
December 18, 2019 at 9:00 AM

Hon. Judge:
Christine M. Gravelle

## ORDER RESOLVING MOTION TO VACATE STAY

The order set forth on the following pages, numbered two (2) through three (3), is hereby
**ORDERED**.

**DATED: February 7, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Applicant:                    SN Servicing Corporation
Applicant's Counsel:          Friedman Vartolo LLP
Debtor's Counsel:             Thomas M. Monahan
Property (Collateral):        73 Stanwick Court, Somerset, NJ 08873

Relief Sought:
- Relief from Automatic Stay

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of Post-Petition Arrearages:

- The Debtor is overdue for **5** months, from **September 1, 2019** to **January 1, 2019**.

- The Debtor is overdue for **5** payments at **$2,102.60** per month.

- Less fund held in debtor(s) suspense at **$835.52**.

  Total Arrearages Due: **$9,677.48**


2. Cure for Post-Petition Arrearages:

- Beginning on **February 1, 2020**, additional monthly cure payments shall be made in the amount of **$1,612.92** for **6** months.

- Beginning on **February 1, 2020**, regular monthly payments shall resume in the amount of **$2,102.60**, or as further defined by the terms of the Note, Mortgage, or any payment change notices.


3. Payments to the Secured Creditor shall be made to the following address:

- Payments:        SN Servicing Corporation
                   323 Fifth Street
                   Eureka, CA 95501

In the event of default:

If the Debtor(s) fails to make the regular monthly payments, or fails to make the additional monthly cure payments within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, Certification specifying the Debtor(s)'s failure to comply with this Order. At the time the Certification is filed with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor(s), and the Debtor(s)'s Attorney.

4. Award of Attorney's Fees:

- The Applicant is awarded Attorney's Fees in the amount of **$350.00** and Attorney's Costs in the amount of **$181.00**. The fees and costs are payable through the Chapter 13 Plan.