

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Friedman Vartolo LLP<br>85 Broad Street- Suite 501<br>New York, New York 10004<br>bankruptcy@friedmanvartolo.com<br>T: (212) 471-5100<br>F: (212) 471-5150<br>Attorneys for Secured Creditor SN Servicing Corporation as Servicer for U.S. Bank Trust National Association, as Trustee of the Lodge Series III Trust | Case No.: 17-17956<br><br>Chapter: 13<br><br>Hearing Date:<br>December 18, 2019 at 9:00 AM<br><br>Hon. Judge:<br>Christine M. Gravelle |
| In Re:<br><br>Penni L. Eason<br>aka Penni Eason<br>aka Penni L. Taliaferro<br>aka Penni Talliaferro<br>aka Penny Eason<br><br>Debtor(s) | |

Order Filed on February 7, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## ORDER RESOLVING MOTION TO VACATE STAY

The order set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: February 7, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

|  |  |
|---|---|
| Applicant: | SN Servicing Corporation |
| Applicant's Counsel: | Friedman Vartolo LLP |
| Debtor's Counsel: | Thomas M. Monahan |
| Property (Collateral): | 73 Stanwick Court, Somerset, NJ 08873 |

Relief Sought:
- Relief from Automatic Stay

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of Post-Petition Arrearages:

- The Debtor is overdue for **5** months, from **September 1, 2019** to **January 1, 2019**.
- The Debtor is overdue for **5** payments at **$2,102.60** per month.
- Less fund held in debtor(s) suspense at **$835.52**.

    Total Arrearages Due: **$9,677.48**

2. Cure for Post-Petition Arrearages:

- Beginning on **February 1, 2020**, additional monthly cure payments shall be made in the amount of **$1,612.92** for **6** months.
- Beginning on **February 1, 2020**, regular monthly payments shall resume in the amount of **$2,102.60**, or as further defined by the terms of the Note, Mortgage, or any payment change notices.

3. Payments to the Secured Creditor shall be made to the following address:

- Payments:    SN Servicing Corporation
    323 Fifth Street
    Eureka, CA 95501

In the event of default:

If the Debtor(s) fails to make the regular monthly payments, or fails to make the additional monthly cure payments within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, Certification specifying the Debtor(s)'s failure to comply with this Order. At the time the Certification is filed with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor(s), and the Debtor(s)'s Attorney.

4. Award of Attorney's Fees:

- The Applicant is awarded Attorney's Fees in the amount of **$350.00** and Attorney's Costs in the amount of **$181.00**. The fees and costs are payable through the Chapter 13 Plan.

United States Bankruptcy Court
District of New Jersey

In re:  
Penni L. Eason  
     Debtor

Case No. 17-17956-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Feb 07, 2020  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2020.  
db           Penni L. Eason,    73 Stanwick Ct,    Somerset, NJ   08873-4411

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                            TOTAL: 0

               ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2020                                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2020 at the address(es) listed below:

           Albert    Russo     docs@russotrustee.com  
           Denise E. Carlon     on behalf of Creditor    Bradshaw Properties LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
           John R. Morton, Jr.     on behalf of Creditor    American Honda Finance Corporation ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
           Jonathan C. Schwalb     on behalf of Creditor    SN Servicing Corporation bankruptcy@friedmanvartolo.com  
           Thomas M. Monahan     on behalf of Debtor Penni L. Eason simonmonahan216@gmail.com, tommon1@aol.com  
           U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                   TOTAL: 6