| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Penni L. Eason<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4516<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   17–17956–CMG | | |

## Order of Discharge                                                                                               12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

  Penni L. Eason
  aka Penni Eason, aka Penni L. Taliaferro, aka
  Penny Eason, aka Penni Talliaferro

10/27/20                                                    **By the court:** Christine M. Gravelle
                                                                                         United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

   ♦ debts that are domestic support
     obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified
     in 11 U.S.C. §§ 507(a)(8)( C),
     523(a)(1)(B), or 523(a)(1)(C) to the
     extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Penni L. Eason  
    Debtor(s)

Case No. 17-17956-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Oct 27, 2020      Form ID: 3180W      Total Noticed: 34

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Penni L. Eason, 73 Stanwick Ct, Somerset, NJ 08873-4411 |
| cr | + | SN Servicing Corporation, FRIEDMAN VARTOLO, LLP, 1325 Franklin Avenue, Suite 230, Garden City, NY 11530-1631 |
| cr | + | SN Servicing Corporation as servicer for U.S. Bank, Friedman Vartolo LLP, 85 Broad St, 85 Broad St, New York, NY 10004-2434 |
| 517065156 | + | Bradshaw Properties LLC, c/o Jeremy Doppelt Realty Management, L., Suite 502, 408 Main Street, Boonton, NJ 07005-3701 |
| 516776293 | | Bradshaw Properties, LLC, c/o Jeremy Doppelt Realty Management, 408 Main St Ste 502, Boonton, NJ 07005-3701 |
| 516776294 | | Capital One / HSN, PO Box 182120, Columbus, OH 43218-2120 |
| 516776295 | | Capital One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 516776299 | + | Lyons, Doughty Veldhuis, P.C., 136 Gaither Dr Ste 100, Mount Laurel, NJ 08054-2239 |
| 516776301 | | Northstar Location Services, LLC, 4285 Genesee St, Cheektowaga, NY 14225-1943 |
| 516776302 | | Phillips & Cohen Assoc. Ltd, 1004 Justison St, Wilmington, DE 19801-5148 |
| 516776303 | | U.S. Department Of Education/GL, 2401 International Ln, Madison, WI 53704-3121 |
| 516894264 | | US DEPT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON WI 53708-8973 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 27 2020 20:54:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 27 2020 20:54:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | EDI: HNDA.COM | Oct 28 2020 00:08:00 | American Honda Finance Corporation, 3625 W. Royal Lane Suite 200, Irving, TX 75063, UNITED STATES |
| 516828717 | | EDI: HNDA.COM | Oct 28 2020 00:08:00 | American Honda Finance Corporation, P.O. Box 168088, Irving, TX 75016-8088 |
| 516776292 | | EDI: TSYS2.COM | Oct 28 2020 00:08:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 517068022 | + | Email/Text: bknotices@snsc.com | Oct 27 2020 20:54:00 | Bradshaw Properties LLC, c/o SN Servicing Corp., 323 5th Street, Eureka, CA 95501, Bradshaw Properties LLC, c/o SN Servicing Corp. 95501-0305 |
| 517068021 | + | Email/Text: bknotices@snsc.com | Oct 27 2020 20:54:00 | Bradshaw Properties LLC, c/o SN Servicing Corp., 323 5th Street, Eureka, CA 95501-0305 |
| 516864219 | | EDI: CAPITALONE.COM | Oct 28 2020 00:08:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 516776296 | | EDI: CAPITALONE.COM | Oct 28 2020 00:08:00 | Capital One Bank (USA), N.A., PO Box 30281, Salt Lake City, UT 84130-0281 |
| 516776297 | | EDI: CAPITALONE.COM | Oct 28 2020 00:08:00 | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |

District/off: 0312-3 | User: admin | Page 2 of 3
Date Rcvd: Oct 27, 2020 | Form ID: 3180W | Total Noticed: 34

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 516791264 | + | EDI: IRS.COM | Oct 28 2020 00:08:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 516923997 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 27 2020 23:01:26 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516923908 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 27 2020 23:03:06 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 517030370 | + | EDI: MID8.COM | Oct 28 2020 00:08:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 516776300 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 27 2020 23:03:05 | Merrick Bank, PO Box 1500, Draper, UT 84020-1500 |
| 517065131 | | EDI: PRA.COM | Oct 28 2020 00:08:00 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 516902379 | | EDI: Q3G.COM | Oct 28 2020 00:08:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516778462 | + | EDI: RMSC.COM | Oct 28 2020 00:08:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517959551 | + | Email/Text: bknotices@snsc.com | Oct 27 2020 20:54:00 | U.S. Bank Trust N.A. as Trustee, of Bungalow Series III, c/o SN Servicing Corp., 323 5th St, Eureka, CA 95501-0305 |
| 517959552 | + | Email/Text: bknotices@snsc.com | Oct 27 2020 20:54:00 | U.S. Bank Trust N.A. as Trustee, of Bungalow Series III, c/o SN Servicing Corp., 323 5th St, Eureka, CA, 95501, U.S. Bank Trust N.A. as Trustee 95501-0305 |
| 518143368 | + | Email/Text: bknotices@snsc.com | Oct 27 2020 20:54:00 | U.S. Bank Trust National Association, as Trustee of Lodge Series III Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501, U.S. Bank Trust National Association 95501-0305 |
| 518143367 | + | Email/Text: bknotices@snsc.com | Oct 27 2020 20:54:00 | U.S. Bank Trust National Association, as Trustee of Lodge Series III Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516776291 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance Corp, 201 Little Falls Dr, Wilmington, DE 19808-1674 |
| 516776298 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, PO Box 9052, Andover, MA 01810-9052 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

District/off: 0312-3 | User: admin | Page 3 of 3
Date Rcvd: Oct 27, 2020 | Form ID: 3180W | Total Noticed: 34

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2020            Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Bradshaw Properties LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor American Honda Finance Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Jonathan C. Schwalb | on behalf of Creditor SN Servicing Corporation bankruptcy@friedmanvartolo.com |
| Jonathan C. Schwalb | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Lodge Series III Trust bankruptcy@friedmanvartolo.com |
| Thomas M. Monahan | on behalf of Debtor Penni L. Eason simonmonahan216@gmail.com tommon1@aol.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7